UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:25-cr-00102 |
| ESPERANZA DE LA PAZ HERNANDEZ DE LONES, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Defendant's Motion to Set Change of Plea Hearing (Doc. No. 21) is **GRANTED**. A plea hearing is set for **June 17, 2025,** at 9:00 a.m.

The parties shall submit the proposed plea agreement, a document that lists the elements of each offense to which the defendant is pleading guilty and the statutory penalty for each, including period of incarceration, fine, and period of supervised release applicable, and the plea petition by noon on **June 12, 2025.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE